JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:22-cr-00129-CDS-DJA |
| v. | **Unopposed Motion to Amend Indictment** |
| CHRISTIAN DEMARCO THOMAS, | |
| Defendant. | |

On June 8, 2022, the Grand Jury issued an indictment charging Christian Demarco Thomas with one count of *Felon in Possession of a Firearm*, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and one count of *Felon in Possession of Ammunition*, in violation of 18 U.S.C. §§ 922(G)(1) and 924(a)(2). The caption on the Criminal Indictment misspelled the defendant's name – the H in his first name was missing (Cristian). The government seeks to file an Amended Criminal Indictment, attached as Exhibit 1, to correct the scrivener's error. The government contacted defendant's counsel on Thursday,

June 16, 2022, and defendant does not object to the filing of the Amended Criminal Indictment.

DATED: June 21, 2022

        JASON M. FRIERSON
        United States Attorney
        District of Nevada

        */s/ Bianca R. Pucci*
        BIANCA R. PUCCI
        Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: June 23, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**GOVERNMENT EXHIBIT LIST**

- Exhibit 1: Amended Criminal Indictment

# EXHIBIT 1

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>    Defendant. | **AMENDED CRIMINAL INDICTMENT**<br><br>Case No.: 2:22-cr-00129-CDS-DJA<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2) – Felon in Possession of a Firearm<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2) – Felon in Possession of Ammunition |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about April 21, 2022 in the State and Federal District of Nevada,

**CHRISTIAN DEMARCO THOMAS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: *Carrying a Concealed Firearm or Other*

*Deadly Weapon*, in the Eighth Judicial District Court for Clark County, Nevada, on or about February 15, 2012, in case number C-11-276712-1; *Battery with use of a Deadly Weapon*, in the Eighth Judicial District Court for Clark County, Nevada, on or about March 12, 2012, in case number C-11-277045-1; *Attempt Carrying a Concealed Weapon*, in the Eighth Judicial District Court for Clark County, Nevada, on or about May 22, 2012, in case number C-11-273282-1; *Ownership or Possession of Firearm by Prohibited Person*, in the Eighth Judicial District Court for Clark County, Nevada, on or about April 5, 2015, in case number C-14-301595-1; *Attempt Battery with Substantial Bodily Harm*, in the Eighth Judicial District Court for Clark County, Nevada, on or about April 9, 2015, in case number C-15-304602-1; and *Ownership or Possession of Firearm by Prohibited Person*, in the Eighth Judicial District Court for Clark County, Nevada, on or about June 3, 2021, in case number C-20-351562-1; knowingly possessed a firearm, that is: a Glock 21, 45 caliber firearm, bearing serial number G43068; said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about April 21, 2022 in the State and Federal District of Nevada,

**CHRISTIAN DEMARCO THOMAS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: *Carrying a Concealed Firearm or Other Deadly Weapon*, in the Eighth Judicial District Court for Clark County, Nevada, on or about February 15, 2012, in case number C-11-276712-1; *Battery with use of a Deadly Weapon*, in the

Eighth Judicial District Court for Clark County, Nevada, on or about March 12, 2012, in case number C-11-277045-1; *Attempt Carrying a Concealed Weapon*, in the Eighth Judicial District Court for Clark County, Nevada, on or about May 22, 2012, in case number C-11-273282-1; *Ownership or Possession of Firearm by Prohibited Person*, in the Eighth Judicial District Court for Clark County, Nevada, on or about April 5, 2015, in case number C-14-301595-1; *Attempt Battery with Substantial Bodily Harm*, in the Eighth Judicial District Court for Clark County, Nevada, on or about April 9, 2015, in case number C-15-304602-1; and *Ownership or Possession of Firearm by Prohibited Person*, in the Eighth Judicial District Court for Clark County, Nevada, on or about June 3, 2021, in case number C-20-351562-1; knowingly possessed ammunition, that is: a Winchester hollowpoint .45 caliber cartridge, and 12 Speer hollowpoint .45 caliber cartridges; said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 21st day of June, 2022.

A TRUE BILL:

JASON M. FRIERSON
United States Attorney

BIANCA R. PUCCI
Assistant United States Attorney