RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGART W. LAMBROSE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Christian DeMarco Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN DEMARCO THOMAS,

Defendant.

Case No. 2:22-cr-00129-CDS-DJA

**UNOPPOSED MOTION TO WITHDRAW WAIVER OF RIGHTS UNDER INTERSTATE AGREEMENT OF DETAINERS (ECF NO. 14)**

Christian DeMarco Thomas, by and through undersigned counsel, files the instant unopposed motion to withdraw the waiver of rights under interstate agreement of detainers filed on June 15, 2022. ECF No. 14. Mr. Thomas would like to reside at the Nevada Southern Detention Center so that he may remain in close contact with counsel during the litigation of his federal case. Accordingly, Mr. Thomas respectfully requests this Court grant his motion to withdraw the waiver of rights under interstate agreement of detainers and direct the US Marshals to transport Mr. Thomas to the Nevada Southern Detention Center.

DATED this 11th day of July 2022.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Margaret Lambrose*
Margaret Lambrose
Assistant Federal Public Defender
Attorney for Christian DeMarco Thomas

**IT IS SO ORDERED.**

DATED: July 13, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 11, 2022, she served an electronic copy of the above and foregoing UNOPPOSED MOTION TO WITHDRAW WAIVER OF RIGHTS UNDER INTERSTATE AGREEMENT OF DETAINERS (ECF NO. 14) by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN DEMARCO THOMAS,

Defendant.

Case No. 2:22-cr-00129-CDS-DJA

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the waiver of rights under interstate agreement of detainers is withdrawn, and the US Marshals are to transport Mr. Thomas to the Nevada Southern Detention Center where he will remain during the litigation of his federal case.

DATED this _______ day of July, 2022.

______________________________

UNITED STATES DISTRICT JUDGE