RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Christian DeMarco Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>    Defendant. | Case No. 2:22-cr-00129-GMN-DJA<br><br>**STIPULATION FOR EXTENTION OF TIME TO FILE DEFENDANT'S REPLY**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Christian DeMarco Thomas, that the defendant's reply to the Government's response to the Motion to Suppress currently due on January 17, 2023, be vacated and reset to January 31, 2023.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant requires additional time to file the reply.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 17th day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00129-GMN-DJA<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing,

　　IT IS THEREFORE ORDERED that the defendant's reply currently due Tuesday, January 17, 2023, be continued to January 31, 2023.

　　DATED this 18th day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3