RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christian DeMarco Thomas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00129-GMN-DJA |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING** |
| v. | (First Request) |
| CHRISTIAN DEMARCO THOMAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christian DeMarco Thomas, that the supplemental briefs currently due on March 31, 2023, be vacated and continued to April 7, 2023.

This Stipulation is entered into for the following reasons:

1.      Since the evidentiary hearing in this case, defense counsel have been focused on preparing for a contested revocation hearing in *United State v. Snyder*, case no 2:21-cr-00021-GMN-NJK. The all-day hearing was held on March 15, 2023, and was continued to March 22

1    and 24. Accordingly, the defense requires additional time to review the transcripts from the

2    evidentiary hearing and to draft its supplemental brief.

3         2.    The government would also benefit from the continuance and therefore has no

4    opposition to this request.

5         3.    The defendant is in custody and agrees with the need for the continuance.

6         This is the first request for an extension of time.

7         DATED this 20th day of March 2023.

8

9    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

10

11        /s/ Raquel Lazo                      /s/ Bianca R. Pucci
     By_____        By_____

12   RAQUEL LAZO                          BIANCA R. PUCCI
     Assistant Federal Public Defender    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00129-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTIAN DEMARCO THOMAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the supplemental briefs currently due on Friday, March 31, 2023, be continued and filed no later than Friday, April 7, 2023.

DATED this 22nd of March 2023.

UNITED STATES MAGISTRATE JUDGE