JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>Defendant. | Case No.: 2:22-cr-00129-GMN-DJA<br><br>**Stipulation for Extension of Time to File Supplemental Briefing**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christian DeMarco Thomas, that the supplemental briefs currently due on April 7, 2023, be vacated and continued to April 12, 2023.

This Stipulation is entered into for the following reasons:

1. The government needs additional time to review the transcripts from the evidentiary hearing and to draft its supplemental brief. The government is not seeking this

1 | continuance for purposes of dely, but to fully prepare and submit its supplemental briefing.

2 | The government is seeking a three day continuance.

3 |     2.     Defense counsel would also benefit from the continuance and therefore has

4 | no opposition to this request.

5 |     3.     On April 6, 2023, the parties met and conferred regarding the page limits on

6 | the supplmental briefing and have agreed to an extension of the page limit, but not to

7 | exceed 15 pages.

8 |     4.     The defendant is in custody and agrees with the need for the continuance.

9 | DATED: April 6, 2023.

| JASON M. FRIERSON | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

*/s/ Bianca R. Pucci*  　　　　　　　　　　　*/s/ Raquel Lazo*
BIANCA R. PUCCI　　　　　　　　　　　　　RAQUEL LAZO
Assistant United States Attorney　　　　　　Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN DEMARCO THOMAS,

    Defendant.

Case No.: 2:22-cr-00129-GMN-DJA

**ORDER**

IT IS THEREFORE ORDERED that the supplemental briefs currently due on Friday, April 7, 2023, be continued and filed no later than Wednesday, April 12, 2023.

IT IS FURTHER ORDERED that the prior 10 page limit on the supplemental briefings be extended to not exceed 15 pages in length.

DATED this __7th__ day of April 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE