RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christian DeMarco Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00129-GMN-DJA |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 60)** |
| v. | |
| CHRISTIAN DEMARCO THOMAS, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christian DeMarco Thomas, that the Objections to Report and Recommendation currently due on July 10, 2023, be vacated and continued to August 7, 2023 and the government's response will be due August 28, 2023.

This Stipulation is entered into for the following reasons:

1. On June 26, 2023, this court issued a Report and Recommendation (ECF No. 60) recommending that Mr. Thomas's Motion to Suppress be denied. Defense counsel were both on vacation the week that the R&R was issued. Lead counsel will return to the office for a few days before taking medical leave for the remainder of July. Defense counsel requires

1  additional time to review the R&R with Mr. Thomas, file objections, and possibly attempt to
2  resolve the case short of filing any objections.
3     2.    The parties agree to the continuance.
4     3.    The defendant is in custody and agrees with the need for the continuance.
5     This is the first request for an extension of time.
6     DATED this 6th day of July 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Raquel Lazo* | */s/ Bianca R. Pucci* |
| By_____ | By_____ |
| RAQUEL LAZO | BIANCA R. PUCCI |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00129-GMN-DJA<br><br>**ORDER** |

　　Based on the stipulations and good cause appearing:

　　IT IS THEREFORE ORDERED that the Objections to Report and Recommendation currently due on July 10, 2023, be continued and filed no later than August 7, 2023, and the government's response to be filed no later than August 28, 2023.

　　DATED this __6__ day of July 2023.

_____
UNITED STATES DISTRICT JUDGE

3