RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
JOY CHEN
Assistant Federal Public Defenders
Las Vegas, NV 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org
Joy_Chen@fd.org

Attorneys for Christian DeMarco Thomas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Christian DeMarco Thomas,<br><br>    Defendant. | Case No. 2:22-cr-00129-GMN-DJA<br><br>**Motion for Leave to File Motion to Withdraw as Counsel for Defendant Under Seal and *Ex Parte*** |

Certification: This Motion is timely filed.

Raquel Lazo and Joy Chen, Assistant Federal Public Defenders, respectfully ask this Court to allow them to file a Motion to Withdraw as Counsel for Defendant under seal and *ex parte*. The motion contains communication that is protected by attorney-client privilege.

DATED: July 31, 2023.

          RENE L. VALLADARES
          Federal Public Defender

          */s/ Raquel Lazo*
          */s/ Joy Chen*
          RAQUEL LAZO
          JOY CHEN
          Assistant Federal Public Defenders
          Attorneys for Christian Thomas

Good cause appearing therein,
**IT IS SO ORDERED**.

DATED: August 2, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2