JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BIANCA R. PUCCI
Nevada Bar Number 16129
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
bianca.pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00129-GMN-DJA |
| Plaintiff, | **Stipulation to Extend Response Deadlines (First Request)** |
| vs. | |
| CHRISTIAN DEMARCO THOMAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen and Raquel Lazo, Assistant Federal Public Defenders, counsel for the defendant Christian Demarco Thomas, that the government's response to the objections to the report and recommendation deadline currently scheduled for September 20, 2023, and the defense response to the objections to the report and recommendation currently scheduled for September 21, 2023, both be extended to September 27, 2023. This Stipulation is entered into for the following reasons:

1. The government counsel was out of the country when the objections were filed in the instant case. Government counsel needs additional time to adequately respond to the objections raised in Thomas' filing.

2. Defense counsel will also benefit from the extension to allow counsel time to adequately respond to the government's objection.

3. The parties agree to the extension.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

5. This is the first request for an extension of the response deadlines to the objections to the report and recommendation.

DATED this 19th day of September, 2023.

Respectfully submitted,

| For the United States: | For the Defense: |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorneys | /s/ *Joy Chen*<br>JOY CHEN<br>RAQUEL LAZO<br>Assistant Federal Public Defenders<br>Counsel for defendant Christian Demarco Thomas |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>　　　　Defendant. | 2:22-cr-00129-GMN-DJA<br><br>**Order** |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1. The government counsel was out of the country when the objections were filed in the instant case. Government counsel needs additional time to adequately respond to the objections raised in Thomas's filing.

2. Defense counsel will also benefit from the extension to allow counsel time to adequately respond to the government's objection.

3. The parties agree to the extension.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

5. This is the first request for an extension of the response deadlines to the objections to the report and recommendation.

IT IS HEREBY ORDERED that the deadlines to file the responses to the objections to the report and recommendation currently scheduled on September 20 and 21, 2023, be vacated and continued to September 27, 2023.

DATED this __23__ day of September, 2023.

_____
HONORABLE JUDGE GLORIA M. NAVARRO