CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIAN DEMARCO THOMAS ,<br><br>    Defendant. | Case No. 2:22-CR-00129-GMN-DJA<br><br>**ORDER APPOINTING CO-COUNSEL** |

    Counsel for defendant Christian Demarco Thomas has moved for an order appointing co-counsel in this case. The motion seeking appointment for co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is Jess Marchese, who is a member of the CJA panel, and was previously appointed co-counsel in *United States v. Sims* (2:21-cr-00026-ART-BNW).

As required by Volume 7, Ch § 230.53.20 of the Guide to Judicial Policies and Procedures, the Court finds that the appointment of an additional attorney in this case is necessary and is in the interests of justice.

GOOD CAUSE APPEARING, it is ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Jess Marchese as a co-counsel for the defendant Christian Demarco Thomas.

IT IS SO ORDERED *nunc pro tunc* February 22, 2024.

DATED this 28th day of February, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE