1
2
3                        **UNITED STATES DISTRICT COURT**
4                              **DISTRICT OF NEVADA**
5                                      * * *
6    United States of America,                  Case No. 2:22-cr-00129-GMN-DJA
7                    Plaintiff,
                                                          **Order**
8         v.
9    Christian DeMarco Thomas,
10                   Defendant.
11
12         On Friday, March 14, 2025, the Court held a hearing regarding Defendant Christian
13   DeMarco Thomas' Emergency Motion for Competency Evaluation.  (ECF No. 139) (motion);
14   (ECF No. 140) (order setting hearing).  The Court granted that motion and issues this order to
15   facilitate the competency evaluation.
16         IT IS THEREFORE ORDERED that,
17         1.   In accordance with 18 U.S.C. § 4241 the United States Marshals Service shall
18   forthwith transport Defendant Christian DeMarco Thomas to a suitable Bureau of Prisons
19   ("BOP") facility that conducts psychological evaluations closest to the court, for psychiatric or
20   psychological evaluation to determine whether Defendant is presently suffering from a mental
21   disease or defect rendering him mentally incompetent to the extent that he is unable to understand
22   the nature and consequences of the proceedings against him or to assist properly in his defense.
23         2.   Defendant shall be held in a BOP facility for a reasonable period of time, not to
24   exceed thirty days, unless extended by further order of the court upon a showing of good cause by
25   the director of the facility that the additional time is necessary to observe and evaluate Defendant,
26   or by appropriate motion, for a period of up to fifteen additional days.  18 U.S.C. § 4247(b).
27         3.   The examination conducted pursuant to this order shall be conducted by one or more
28   licensed or certified psychiatrists or clinical psychologists.  18 U.S.C. § 4247(b).

4. A psychiatric or psychological report shall be prepared by the examiner designated to conduct the psychiatric or psychological examination. The person designated to conduct the psychiatric or psychological examination shall file the report, under seal, with the Court and provide copies to Assistant United States Attorneys David Kiebler, Afroza Yeasmin, Edward Penetar, and Robert Knief; and to counsel for Defendant, Chris Rasmussen and Jess Marchese.

5. The report shall include:

    a. Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological or medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions concerning whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

Upon conclusion of the evaluation and receipt of the report, the Court will schedule a competency hearing.

IT IS SO ORDERED.

DATED: March 17, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE