UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>CHRISTIAN DEMARCO THOMAS,<br><br>                Defendant. | Case No.: 2:22-cr-00129-GMN-DJA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

       Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 168), of United States Magistrate Judge Daniel J. Albregts, which recommends that Defendant Christian DeMarco Thomas be declared mentally incompetent to proceed in this case and be committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C § 4241(d).

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, the parties have indicated that they do not oppose the Report and Recommendation (*See* Defendant's Non-Opposition, ECF No. 171); (Government's Notice of Non-Objection. ECF No. 170). Thus, the Court adopts this R&R as unobjected to.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 168), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant Christian DeMarco Thomas is declared mentally incompetent to proceed in this case.

**IT IS FURTHER ORDERED** that Defendant Christian DeMarco Thomas is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 4241(d).

**IT IS FURTHER ORDERED** that the Attorney General, pursuant to 18 U.S.C. § 4241(d), hospitalize Mr. Thomas for treatment in an appropriate facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward.

**IT IS FURTHER ORDERED** that 45 days from today, the Attorney General or his designee must file a status report in this case indicating whether Mr. Thomas' condition has improved.

_____
Gloria M. Navarro, District Judge
United States District Court