**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

CHRISTIAN DEMARCO THOMAS,

                Defendant.

CASE NO: 2:22-cr-0129-GMN-DJA

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Evidentiary Hearing in this matter is currently set for March 31, 2026.

2.      On October 15, 2025, the defendant was committed to the custody of the Attorney General for treatment in a suitable facility for a reasonable period of time.

3.      The Court ordered that the next status report from BOP be provided by April 5, 2026.

4.      The parties will need approximately thirty (30) days to prepare for the evidentiary hearing and the evidentiary hearing may be dispositive of the trial so are requesting it occur ahead of the current trial setting.

5.      This continuance is not sought for purposes of delay, but to allow the parties adequate time to effectively and thoroughly prepare for the evidentiary hearing, taking into account the exercise of due diligence, after a determination as to the defendant's competency to stand trial has been established.

6.      Defendant is in custody and is not legally competent to proceed.

1

7.      Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the evidentiary hearing.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the Evidentiary Hearing in *United States v. Christian Demarco Thomas*, 2:22-cr-0129-GMN-DJA, previously scheduled for March 31, 2026, a.m. is vacated. The Evidentiary Hearing will be set on _____August 11_____, 2026, at 9:00 a.m.

Dated this __10__ day of March, 2026.

By: _____

JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

2